BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX,
Social Security Administration
PAUL SACHELARI, CSBN 230082
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone:  (415) 977-8933
    Facsimile:  (415) 744-0134
    Email:  paul.sachelari@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| RUDY ALMAZAN,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 1:13-CV-01172-SMS<br><br>**STIPULATION AND ORDER TO EXTEND TIME** |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time by 30 days, to March 7, 2014, for Defendant to respond to Plaintiff's settlement proposal, according to the Court's Scheduling Order ("Order").  This extension is requested because the parties are engaged in extended good faith settlement negotiations.  Defendant respectfully requests additional time in order to pursue possible settlement.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

///

///

|   |   |   |
|---|---|---|
|   |   | Respectfully submitted, |
| Date: *January 10, 2014* |   | Rockwell, Kelly & Duarte |
|   | By: | /s/ Sharon E. Kelly*<br>SHARON E. KELLY<br>*By email authorization |
|   |   | Attorney for Plaintiff |
| Date: *January 10, 2014* |   | BENJAMIN B. WAGNER<br>United States Attorney<br>DONNA L. CALVERT<br>Acting Regional Chief Counsel, Region IX,<br>Social Security Administration |
|   | By: | */s/ Paul Sachelari*<br>PAUL SACHELARI<br>Special Assistant United States Attorney<br>Attorneys for Defendant |

### ORDER

APPROVED AND SO ORDERED.

DATED: 2/11/2014                    /s/ SANDRA M. SNYDER
                                    UNITED STATES MAGISTRATE JUDGE