ROCKWELL, KELLY & DUARTE, LLP
By:  Sharon E. Kelly
State Bar No 187936
P.O. Box 0142
Modesto, CA  95353
Phone (209) 521-2552
Fax: (209) 526-7898

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY ALMAZAN, | Case No.:   1:13-CV-01172-SMS |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND TIME |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant | |

IT IS HEREBY STIPULATED by and between the parties, subject to the approval of the Court, to extend the time by 30 days, to May 7, 2014, for plaintiff to file and serve plaintiff's opening brief with the Court and on respondent.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly

///

///

///

///

-1-

This is plaintiff's first request for an extension of time.  Due to the recent retirement of a partner in our firm, plaintiff's attorney has acquired a heavy trial workload, Plaintiff's attorney needs additional time to further review the file and prepare the opening brief.

                                          Respectfully submitted,

Dated:  April 3, 2014                By:  */s/ Sharon E. Kelly*
                                        Sharon E. Kelly
                                        Attorney for Plaintiff

Dated:                                Benjamin Wagner
                                        United States Attorney

                                        By:  */s/ Paul Sachelari*
                                        (As authorized via email)
                                        Paul Sachelari
                                        Special Assistant United States Attorney

**IT IS SO ORDERED.**

Dated:  4/4/2014                 /s/ SANDRA M. SNYDER
                                        HONORABLE SANDRA M. SNYDER
                                        UNITED STATES MAGISTRATE JUDGE